UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| UNIQUE TAYLOR, | **S4 23 Cr. 52 (RA)** |
| Defendant. | |

Upon the application of the United States of America, by and through Assistant United States Attorney Meredith C. Foster, it is hereby ORDERED that Indictment S4 23 Cr. 52, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
         February  20 , 2024

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE