

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

February 5, 2025

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. The status conference is adjourned to March 14, 2025 at 11:30 a.m. Time is excluded until March 14, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> February 5, 2025

Re:   *United States v. Unique Taylor*, S4 23 Cr. 52 (RA)

Dear Judge Abrams:

The parties write respectfully to seek a 30-day adjournment of the currently scheduled February 11, 2025 status conference in the above-referenced matter. Defense counsel is continuing to review discovery, and the parties are continuing to discuss a potential pretrial resolution.

In addition, the Government requests that time between February 11, 2025 and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant additional time to review discovery and allow the parties to discuss a potential pretrial resolution. Defense counsel consents to this request.

Sincerely,

DANIELLE R. SASSOON
United States Attorney

By:   _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

cc:   David Wikstrom, Esq., (via ECF)