UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>UNIQUE TAYLOR,<br><br>Defendant. | No. 23-CR-52<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The parties shall be prepared to try this case on November 17, 2025. No later than October 27, 2025, any *in limine* motions shall be filed, along with proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any oppositions to those materials shall be filed no later than November 3, 2025 and any replies by November 7, 2025. A final pretrial conference is scheduled for November 13, 2025, at 3:00 p.m.

Time is excluded until November 17, 2025, pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:   June 9, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge