LAW OFFICES

# DAVID WIKSTROM

250 WEST 55TH STREET, 17TH FLOOR

NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM

WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511

FACSIMILE: (212) 248-2866

May 27, 2026

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Application granted. The sentence is
rescheduled to July 17, 2026 at 2:30 p.m.

SO ORDERED.

Re:  United States v. Unique Taylor, *et al.*
      23 CR 52 (RA)

_____

Ronnie Abrams, U.S.D.J.

May 27, 2026

Dear Judge Abrams:

    I write to request a 45-day postponement of Mr. Taylor's sentencing. Assistant United States Attorney Katherine Cheng does not object to the application.

    Sentencing is currently scheduled for June 5, 2026. The additional time is necessary to permit me to complete my sentencing submission, in particular, to incorporate additional information and documents received from the Defendant's family only yesterday. I believe that these will be relevant to the Court's analysis of the Section 3553 factors in my client's case. I therefore respectfully request an additional 45-day adjournment of Mr. Taylor's sentencing from its current date of June 5, 2026, to a date in mid-July 2026.

Sincerely,

David Wikstrom